United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRINA TEYMURAZOVA,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 23-cv-05411-RS

**ORDER DENYING MOTION IN LIMINE, WITHOUT PREJUDICE**

Pursuant to Civil Local Rule 7-1(b), plaintiff's motion *in limine* to exclude the testimony of defendant's expert witness, Shelley Salpeter, M.D., regarding her opinion as to plaintiff's life expectancy is suitable for disposition without oral argument, and the hearing set for October 16, 2025, is vacated. The motion is denied, without prejudice to plaintiff's right to object at trial and/or to argue in post-trial briefing that the opinion testimony is inadmissible for failure to satisfy the requirements of Fed. R. Evid. 702. Because this is a bench trial, an advance admissibility determination is not warranted. The motion must also be denied to the extent plaintiff's objections go to the weight to be accorded to Salpeter's opinion, as opposed to its admissibility.

**IT IS SO ORDERED**.

Dated: October 2, 2025

_____
RICHARD SEEBORG
Chief United States District Judge